IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SABRINA C. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:14CV18-MHT |
| ) | (WO) |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF CORRECTIONS, et al., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For good cause, it is

ORDERED that the scheduling conference set for March 14, 2014 is **rescheduled for** 3:30 p.m. on April 11, 2014 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is DIRECTED to notify the plaintiff by mail as well as telephonically of the contents of this order.

Done, this 10th day of March, 2014.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE