IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SABRINA C. JACKSON, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>STATE OF ALABAMA )<br>DEPARTMENT OF CORRECTIONS; )<br>KIM T. THOMAS, )<br>individually; and LEON )<br>FORNISS, individually; )<br>  )<br>    Defendants. ) | CIVIL ACTION NO.<br>  2:14cv18-MHT<br>       (WO) |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, AND DECREE of the court that:

(1) Defendants State of Alabama Department of Corrections, Kim T. Thomas, and Leon Forniss's motions for summary judgment (doc. nos. 31 and 46) are granted.

(2) Judgment is entered in favor of defendants State of Alabama Department of Corrections, Thomas, and

Forniss and against plaintiff Sabrina C. Jackson, with plaintiff Jackson taking nothing by her complaint.

It is further ORDERED that all other outstanding motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff Jackson, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of May, 2015.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE